

OFFICE OF THE ATTORNEY GENERAL
STATE OF INDIANA

302 W. WASHINGTON ST. 5TH FLOOR
INDIANAPOLIS, IN 46204-2770

TODD ROKITA
ATTORNEY GENERAL

Exhibit A
7 pages

September 5, 2023

Dustin Chadwick #308597 Housing Unit S-1
Johnson County Sheriff's Dept
PO Box 609
Franklin, IN 46131

    RE:   Date of Incident:   May 13, 2023

Dear Dustin Chadwick:

    Our office has received your correspondence in which you allege that you have incurred a loss.

    After a thorough and careful review of the information provided, it does not appear that the State of Indiana has any connection with this case. Unless new information is discovered that would include the State of Indiana as a party, this claim will be filed without further action.

                Sincerely,

                Special Investigations Division
                Office of the Attorney General

TELEPHONE: 866.462.5246
www.in.gov/attorneygeneral/



# NOTICE OF TORT CLAIM FOR PROPERTY DAMAGE AND/OR PERSONAL INJURY

State Form 54668 (R / 7-17)
Special Investigations Division

**OFFICE OF ATTORNEY GENERAL**
ATTN: Tort Claim Investigations
Government Center South, 5th floor
302 W. Washington Street
Indianapolis, IN 46204
Telephone: (317) 232-6350

**INSTRUCTIONS:** Anyone who has a claim for personal injury or property damage against the State of Indiana must either use this form to file a claim or make the claim in writing as prescribed in IC 34-13-3. Immunities are listed on the back of this form.

1. *If applicable*, include copies of accident/incident report, vehicle registration, paid receipts for repair or two (2) estimates for repair, medical reports, photographs and any additional documentation in reference to this matter.
2. Each person who had a loss should file a separate form.
3. Sign and date this form.
4. State statute requires the claim be delivered in person or be sent via *Certified* or *Registered* mail to the address in the upper right corner above.
5. Do not delay making your claim. Indiana law gives you two-hundred seventy (270) days after the loss to make a claim and it must comply with IC 34-13-3.
6. Keep a copy of your claim form, receipts, bills and certified/registered mail receipt.
7. If your claim is properly filed, the Office of the Attorney General will investigate it and will notify you in writing within ninety (90)* days of receipt if your claim is approved. A claim is denied if not approved within ninety (90) days.
8. The filing of this claim is part of a legal process. If you have any questions about the right way to file a claim, please contact an attorney of your choice. The state's attorneys are not authorized by law to assist you with filing this claim. For your information a list of actions, or conditions, resulting in non-liability pursuant to IC 34-13-3 are shown on the back of this form.

Please be advised that this form is not intended for use for claims against political subdivisions, which have some different requirements, including only one hundred eighty (180) days after the loss to make a claim.

*Todd Rokita*

## CLAIMANT INFORMATION

**Name:** Dustin T. Chadwick
**Home Telephone:** (317) 400-2226 Father
**Work Telephone:** N/A
**Cellular Telephone:** [redacted]
**Address at Time of Loss:** 180 Suncrest Drive, Greenwood, IN 46143
**E-mail Address:** N/A   *Evidence of this claim upon request
**Current Address (if different from above):** C/O Johnson County Sheriff's Office, PO Box 609, Housing Unit S-1, Franklin, IN 46131
**Driver License Number:** 2410-24-4129
**Issuing State:** IN
**Vehicle License Plate Number (if involved):** 251RLI  white Jeep Grand Cherokee (2014)
**Issuing State:** IN

## LOSS INFORMATION

**Date of Loss:** May 13th, 2023
**Time of Loss:** 10:00 to 10:30 PM
**Dollar Amount of Loss:** $500,000
**State Agency Involved:** Greenwood Police Department
**State Vehicle Commission (if known):** Greenwood Intact
**Exact Location of Loss:** 180 Suncrest Drive, Greenwood, IN 46143   Meridian and Suncrest
**Loss County:** Johnson County

**Names / Addresses of All Persons Involved (if known):**
Dustin T. Chadwick and Beano Chadwick (Best Friend/Dog) - 180 Suncrest Dr., Greenwood, IN 46143
Greenwood Police Officer Zane Hennis - 186 Suning Way, Greenwood, IN 46143

**Alleged Negligence:** Unprofessional Conduct; Excessive Force; Assault and Battery; Death of Dog; Criminal Law and Procedure; Warrantless Search and Seizure; Willful and Wanton

**Explanation of what happened** (Use additional sheets if necessary.)

1. That in Greenwood, IN, Johnson County, on Saturday the 13th day of May, 2023, on Mother's Day Weekend in between 10:00 to 10:30pm, I Dustin T. Chadwick ("Chadwick") had arrived at my home at 180 Suncrest Dr., Greenwood, IN 46143, where myself, my wife, my children and two (2) dogs reside, and was sitting in the driveway in my Father's Jeep Grand Cherokee waiting for my wife, Ms. Sheri Carvalho, to arrive home from work to suprise her with a Mother's Day present, however, this never happened.

-1-

**Please read:** I swear and affirm under the penalties for perjury that the foregoing information is true and correct to the best of my knowledge and belief.

**Claimant's Signature:** Dustin T. Chadwick
**Date:** August 21st, 2023

This facility threw my mail away so I had to resend.

2. Instead, the Greenwood Police Department ("G.P.D.") had showed up at my home. Police Officer Zane Hennig ("Hennig") exited his vehicle and I then got out of my vehicle to see why he was at my residence.

3. At this time "Hennig" immediately became rude, vulgar, insolent and very unprofessional by cussing at me by stating "verbatim Why the fuck you approaching me like that", I said back to "Hennig" verbatim to find out why you are at my property. "Hennig" stated verbatim that I got a call for a disturbance. I stated to "Hennig" that there is no disturbance. Again "Hennig" still continued to be rude, vulgar, insolent, even more unprofessional by cussing at me stating to me "verbatim are we gonna have a Mother Fucking problem". I stated back to "Hennig" verbatim No. "Hennig" again still continued to be unprofessional and be rude, vulgar, insolent, by stating "verbatim" then you better shut the fuck up.

4. After going through this, I could not take or handle anymore of "Hennig" being unprofessional rude, vulgar, insolent as I now became very threatened and intimidated. By "Hennig's" unprofessional conduct, I turned away to walk inside my home, as the conversation between us was over.

5. As I was walking to go inside my home/garage ("attached"), "Hennig" stated "verbatim I am not done with you yet come here". Again after going through this officers unprofessional conduct I was done with him. At no time was I ordered to Stop, Freeze, or under arrest.

6. At this time "Hennig" followed me into my garage and grabbed my arm hurting me and fighting me, assaulting me, and at this time I got free to make it to my interior door at the garage/home and "Hennig" took (2) two shots at me (missed) as my dog Beano heard his master under attack and made his way to the garage to save me and "Hennig" took one (1) last shot to kill my best friend and take off running back to his vehicle.

7. "Hennig" could've killed me and/or shot and killed one of my children with his unprofessional conduct. At no time was I under arrest or any criminal action taken place. I not once had a chance to speak to "Hennig" professionally by giving him any "ID" identification as that was never even ask by "Hennig". I felt that "Hennig" was only there to do one thing and that was to hurt or kill me.

8. Upon further research and review this was only an infraction and/or ordinance violation. "Hennig" had no probable cause nor any reason to arrest based on a report of a disturbance or the fact that I walked away. This clearly violated Chadwicks rights under the Fourth Amendment even if Chadwick had disobeyed a direct and unambiguous order from the officer to stop. Chadwick could not be subject to an arrest or a search based solely on his failure to obey the order.

9. "Hennig" clearly take a disregard to rules, policies and procedures as a governmental employee and acted outside the scope of his

-3-

employment. There was a numerous of other different methods that "Hennig" could've taken to prevent all of this.

10. As previously stated, Chadwick committed no criminal action nor was he under arrest. Also no criminal charges were filed at this time.

11. So weeks later Chadwick filed a claim against the Greenwood Police Department and Officer Zane Hennig, ("G.P.D.").

12. Due to Chadwick filing his claim against "Hennig" and the city of Greenwood I was later charged and warrant for arrest was issued on the 26th day of June, 2023.

13. Chadwick is now wrongfully incarcerated as a pretrial detainee pending trial.    a. Refusal to Identify Self
IC 34-28-5-3.5   Class C Misdemeanor

b. (Attempt) Battery by means of a Deadly Weapon
IC 35-42-2-1(c)(1)
IC 35-42-2-1(g)(2)  Level 5 Felony

c. Battery Against a Public Official
IC 35-42-2-1(c)(1)
IC 35-42-2-1(e)(2)  Level 6 Felony

14. Chadwick states his claim as legal and factual basis at the pre-trial detainee level and to prevent further legal action and/or litigation he requests that this claim be granted as Chadwick alleges that Officer Zane Hennig committed criminal acts as a matter of law, clearly, closely, and specifically associated with his employment as a police officer. see Ramusack v. Swanson, 2005 U.S. Dist. Lexis 34299 (N.D. Ind. Dec. 9th 2005).

15. Chadwick cannot be subject to arrest or be charged later with a crime based solely on his failure to obey an order or the investigative stop of a disturbance (specifically a firework) without more and is not sufficient enough as it must be lawful and without probable cause it was not lawful.

16. Officer Zane Hennig clearly violated Chadwicks United States Constitutional Rights under the Fourth Amendment that protects Chadwick to be secure in his persons, houses, papers, and effects, against unreasonable searches and seizures.

17. Reasserting the principles of Gaddie v. State, 10 NE.3d 1249, 1255 (Ind. 2014), we find that this arrest violates Chadwick's well-established right to walk away; consequently, the subsequent incident to the arrest violated Chadwicks rights.

18. Greenwood Police Department and Officer Zane Hennig are not entitled to relief on Chadwicks claim because (1) a

reasonable jury could find that the officer's excessive use of force in hurting/assaulting Chadwick and then shooting at him and killing his best friend/dog were willful and wanton, so the Indiana Tort Claims Act (I.T.C.A.) does not protect the city or the officer; (2) the (I.T.C.A.) does not exempt officer "Hennig" or the city from liability for the negligently imposing excessive force; (3) a reasonable jury could find the officer's unprofessional conduct objectively unreasonable. see Becker v. City of Evansville, 2015 U.S. Dist. Lexis 8414 (S.D. Ind. Jan. 26th 2015), aff'd 821 F.3d 920, 2016 U.S. App. Lexis 8703 (7th Cir. Ind. 2016).

### Relief

a. To be immediately released and to receive compensatory award;

### Evidence

a. All captured on home surveillance system in which will be sent to this office upon request from investigators or contacting my father Steve Chadwick at (317) 400-2226 (Audio and Video)

Respectfully submitted,
Dustin T Chadwick
#208597

-6-

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE JOHNSON SUPERIOR COURT 2 |
| | ) SS: | |
| COUNTY OF JOHNSON | ) | CAUSE NO. 41D02-2306-F5-000055 |

STATE OF INDIANA

V.

DUSTIN T. CHADWICK

Exhibit B

## ORDER OF DISMISSAL

The Court, being duly advised, now ORDERS this cause dismissed without prejudice, any bail released, any warrants recalled, and any protective orders (issued as a condition of this cause) terminated. All future hearings, if any, are vacated.

SO ORDERED on this the 5th day of October, 2023.

SIGNED: 10/5/23

_____
Judge
Johnson Superior Court 2

Distribution:   Michael Kyle, Esq.
                State of Indiana
                Johnson County Probation