Dustin T. Chadwick 272366
Hendricks County Jail - YD-4
189 E. Campus Blvd., P.O. Box 87
Danville, IN 46122

**FILED**

FEB 2 2024

U.S. DISTRICT COURT
INDIANAPOLIS, INDIANA

United States District Court
46 East Ohio Street
Indianapolis, IN 46204

*legal*