UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUSTIN T. CHADWICK, | ) |
| Plaintiff, | ) ) ) |
| v. | )    No. 1:24-cv-00234-SEB-TAB |
| ZANE HENNIG Greenwood Police Officer, JASON HOLTZLEITER Greenwood Deputy Chief, | ) ) ) ) |
| Defendants. | ) ) |

**The Honorable Sarah Evans Barker, Judge**
**Entry for October 2, 2024**

This cause is hereby ASSIGNED for final pretrial conference on Tuesday, January 20, 2026, at 2:00 p.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana and for a jury trial on Monday, February 2, 2026, at 9:30 a.m. in Room 216 of the United States Courthouse in Indianapolis, Indiana.

Distribution:

DUSTIN T. CHADWICK
8613 Royal Meadow Drive
Indianapolis, IN 46217

Rosemary L. Borek
Clark Johnson & Knight, Ltd.
rborek@cjklaw.com

Pamela G. Schneeman
Clark Johnson & Knight, Ltd.
pschneeman@cjklaw.com