UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| DUSTIN T. CHADWICK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:24-cv-00234-SEB-TAB |
| | ) | |
| ZANE HENNIG, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION TO DISMISS CLAIMS AGAINST ZANE HENNIG**

*Pro se* Plaintiff Dustin T. Chadwick's civil rights complaint, filed on February 2, 2024, was screened by the Court and found to state Fourth Amendment claims against City of Greenwood police officers Defendants Zane Hennig and Jason Holtzleiter as well as state law tort claims of assault and battery against Defendant Hennig. Unbeknownst to the Court at the time of screening, Defendant Hennig had died on October 19, 2023, approximately ten months prior to the complaint being filed. Now before the Court is the Motion to Dismiss Claims Against Zane Hennig Due to Hennig's Death [Dkt. 32], filed by Defendant Holtzleiter. Plaintiff has filed no response in opposition to the motion to dismiss.

The Court, having now reviewed the motion to dismiss and brief in support, finds that the motion to dismiss Defendant Hennig is meritorious and well-taken. Based on the grounds presented in the supporting brief, with which we entirely concur and hereby adopt both as to the cited authorities and related arguments, we <u>GRANT</u> the motion to dismiss Defendant Hennig [Dkt. 32]. The cause of action brought by Plaintiff against

1

Defendant Hennig does not survive his death. The case will proceed against only Defendant Holtzleiter.

    IT IS SO ORDERED.

Date:    1/30/2025

*Sarah Evans Barker*
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

DUSTIN T. CHADWICK
8613 Royal Meadow Drive
Indianapolis, IN 46217

Rosemary L. Borek
Clark Johnson & Knight, Ltd.
rborek@cjklaw.com

Matthew C. Branic
KRIEG DEVAULT LLP (Carmel)
mbranic@kdlegal.com

Thomas J. Costakis
KRIEG DEVAULT, LLP
tcostakis@kdlegal.com

Blake P. Holler
KRIEG DEVAULT LLP (Carmel)
bholler@kdlegal.com

Michael Alan Moffatt, Jr
Krieg DeVault LLP
mmoffatt@kdlegal.com

Marc T. Quigley
KRIEG DEVAULT LLP (Carmel)
mquigley@kdlegal.com

Pamela G. Schneeman
Clark Johnson & Knight, Ltd.
pschneeman@cjklaw.com