UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUSTIN T. CHADWICK, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 1:24-cv-00234-SEB-TAB |
| JASON HOLTZLEITER Greenwood Deputy Chief, | ) |
| Defendant. | ) |

**ORDER ALLOWING CLAIMS ADJUSTER TO
ATTEND SETTLEMENT CONFERENCE REMOTELY**

The defendant, JASON HOLTZLEITER, having moved the Court to allow his insurance representative to attend the settlement conference set for March 28, 2025 remotely, and the Court having reviewed said motion and being otherwise duly advised now grants the defendant's motion. [Filing No. 47.]

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant's client representative, Lisa Baldwin of Travelers Insurance Company may attend the March 28, 2025, settlement conference by remote means.   The information needed to participate in this telephonic conference will be provided by separate notification.

Date: 2/18/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email

DUSTIN T. CHADWICK
8613 Royal Meadow Drive
Indianapolis, IN 46217