UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DUSTIN T. CHADWICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:24-cv-00234-SEB-TAB |
| ) | |
| JASON HOLTZLEITER Greenwood Deputy Chief, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MARCH 28, 2025, SETTLEMENT CONFERENCE**

Parties appeared in person and by counsel on March 28, 2025, for a settlement conference. Settlement discussions were held, and this case is settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences, and trial, if any, are vacated. The parties shall file a stipulation of dismissal within 30 days.

Date: 3/28/2025

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email